STATE, Respondent v. JOHNSON, Appellant

(93 N.W.2d 613)

(File No. 9732. Opinion filed December 16, 1958)

**Hendrickson & Lobitz,** Watertown, for Defendant and Appellant.

**Phil Saunders,** Atty. Gen., for Plaintiff and Respondent.

PER CURIAM. The appeal in the above matter was perfected June 9, 1958. More than forty days have elapsed since that date and the record is still not settled. By virtue of SDC 33.0741 as amended by our order of October 1, 1953, the appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.